FILED

MICHAEL J. WEISS, ESQ. SBN 206473
NINA N. AMERI, ESQ. SBN 231025
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
5900 WILSHIRE BOULEVARD, SUITE 2250
LOS ANGELES, CA 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

2008 OCT 10 PM 1:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff, CJ Environmental, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

CJ    Environmental,    Inc.,    a
Massachusetts Corporation

    Plaintiff,


    v.

CASH4GOLD, LLC, a Florida
Limited Liability Company; JEFF
ARONSON, an individual; and
DOES 1-10, inclusive,

    Defendants.

CASE NUMBER:

**CV08-06689** R (CTx)

COMPLAINT FOR:
1. **Trademark Infringement-Federal**
2. **Trademark Infringement-Common Law**
3. **False Designation, 15 U.S.C. §1125 (a);**
4. **Trademark Dilution, 15 U.S.C. §1125 (c);**
5. **Tradename Infringement, California Business & Prof. Code §14401;**
6. **Unfair Competition; and**
7. **Tortuous Interference With Contract**

REQUEST FOR :
1. **Declaratory Relief;**
2. **Injunctive Relief and**
3. **Jury Trial**

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

1

COMPLAINT

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

## INTRODUCTION

1.    CJ ENVIRONMENTAL, Inc., a Massachusetts Corporation ("Plaintiff"); in its request for injunctive and declaratory relief and monetary damages against CASH4GOLD, LLC. ("Defendant") states as follows:

## NATURE OF ACTION

2.    This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201(a) arising out of Defendant's erroneous claims that Plaintiff's domain name infringes on its intellectual property rights and Defendant's unfair business practices in furtherance of these false accusations.    A justiciable controversy exists here because, *inter alia*, Defendant has accused Plaintiff of infringement and unfair competition and has threatened immediate legal action unless Plaintiff ceases using its domain name www.cashforgoldusa.com. Plaintiff also seeks monetary damages and declaratory and injunctive relief pursuant to California Bus. & Prof. Code Unfair Business and trade practices.

## PARTIES, JURISDICTION AND VENUE

3.    Plaintiff is a corporation organized and incorporated under the laws of State of Massachusetts, having its principal place of business at 101 Hampton Road, Sharon, Massachusetts 02067 and engaging in the business of refining precious metals, electronic scrap and dental scrap.

4.    Defendant is a corporation organized and incorporated under the laws of the State of Florida with its principal place of business at 1701 Blount Road, Pompano Beach, Florida 33069 conducting business as a precious metal refinery.

5.    Plaintiff is informed and believes, and based thereon alleges that Jeff Aronson is the owner of Cash4Gold, LLC, and is responsible for the acts and conduct complained of herein.

2

6.     The true names or capacities, whether individual, corporate, associate or otherwise of the defendants sued herein as DOES 1 through 10, inclusive are unknown to Plaintiff who, therefore, sues such defendants by such fictitious names. Plaintiff will ask for leave to amend this pleading to show their true names or capacities when the same has been ascertained. Plaintiff is informed and believes and based thereon, alleges that each of the DOE defendants conspired with and aided and abetted the other Defendants to engage in the actions complained herein.

7.     This court has original jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. § 1331, § 1338, § 2201.

8.     Venue is also proper in this Federal court because of the diversity of the parties. Venue is proper in this district pursuant to Section 28 U.S.C. § 1391(b)(2) because the events giving rise to this claim pertain to activities conducted on the Internet. In addition, venue is proper pursuant to 28 U.S.C. § 1391(c) because Defendant advertises its services in California and therefore the corporation would be subject to personal jurisdiction in this district. Moreover, Stephen Schneider, officer of Plaintiff resides in the State of California.

9.     This action is for infringement of Plaintiff's trademarks and trade practices in violation of the laws of the United States and for related state law violations. This court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121(a) (trademark actions), 28 U.S.C. § 1331, § 1338 (federal question) and 28 U.S.C. § 1367(a) (supplemental jurisdiction).

## BACKGROUND

10.     Since 2005, Plaintiff has operated as a precious metal recycling company purchasing precious metals from different industries and selling them. Because the volume of Plaintiff's business rapidly began to grow in August of 2005 it launched a program whereby they purchased gold and precious metals from the general public. This was achieved by creating a special section on Plaintiff's website www.cjenvironmental.com called, "Cash for Gold". This section was located on

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

3

Plaintiff's homepage and written in bold letters, so as to be clearly visible to all visitors to the website. The website was designed by Michael Scherenberg.

11.     The Plaintiff advertised the "Cash for Gold" program both online and in numerous newspapers and flyers using the terms, "Cash for Gold", "Ca$h for Gold", "Cash 4 Gold" and "Ca$h 4 Gold". Copies of the various newspaper and media advertisements are attached hereto as Exhibit A. Because the website and advertisements were promoted nationally, Plaintiff transacted business with customers from all over the country.

12.     Because of the success of Plaintiff's "Cash for Gold" program in the English speaking market, in early 2006 they began advertising in Spanish Publications using the term "Dinero Por Oro!".

13.     At the time Plaintiff began purchasing precious metals from the general public, the Defendant's activities were limited to purchasing precious metals, in large quantities, from mine companies and manufacturers.

14.     Thereafter, the Defendant created the website www.cash4gold.com using the services of Michael Scherenberg who as previously discussed created the Plaintiff's website. At the time Mr. Scherenberg created Defendant's website he still had access and control over Plaintiff's website. On or about August 10, 2007, it is believed that Mr. Scherenberg was instructed by Defendant to remove the "Cash for Gold" link and related image files from the Plaintiff's website. The "Cash for Gold" link and image files were ultimately restored after significant time and resources were expended.

15.     The Plaintiff launched the website www.cashforgoldusa.com in June of 2007. The Spanish websites www.effectivopororo.com and dineropororo.com were created on July 19, 2007 and only four (4) days later, July 23, 2007, the Defendant created the website www.oropordinero.com.

16.     On or about January 14 2008, Defendant through its counsel sent Plaintiff a letter alleging that Plaintiff's use of the domain name "www.cashforgoldusa.com" constituted cyber squatting, trademark infringement, dilution, unfair competition and inappropriate use of

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

4

trade dress in violation of the Lanham Act, 15 U.S.C.§ 1125(d), along with state and common-law copyright and trademark provisions as to Defendant's domain name www.cash4gold.com. It was further alleged that Plaintiff's Spanish equivalent of Defendant's domain name www.oropordinero.com was infringing and prohibited by law. It was demanded that Plaintiff immediately cease use of these marks and domain names. Defendant's assertions were erroneous as Plaintiff had used these marks in commerce prior to Defendant's use and therefore had superior rights. A copy of the letter is attached hereto as Exhibit B.

17.      On or about February 4, 2008, Defendant through its counsel informed Plaintiff that a demand was filed with the Compliance Department of www.godaddy.com requesting that www.godaddy.com immediately suspend Plaintiff's access to www.cashforgoldusa.com domain and to immediately transfer the domain name to Defendant. In said correspondence, Defendant alleged that Plaintiff's use of the domain name constituted trademark infringement, trademark dilution, unfair competition, unfair and deceptive trade practices, false designation of origin and cyber squatting. Specifically, Defendant falsely accused Plaintiff of registering the domain name www.cashforgoldusa.com to confuse and misdirect customer's seeking Defendant's website to Plaintiff's website. A copy of the correspondence and the demand to www.godaddy.com are attached hereto as Exhibit C.

18.      On or about February 8, 2008, Plaintiff through its counsel responded to the above-referenced correspondence advising Defendant that not only had Plaintiff engaged in the business of refining scrap metal directly with the public for years prior to Defendant, the Defendant had full awareness and notice of Plaintiff's operations prior to Defendant's commencement of its own direct to public gold recycling operations. A copy of the letter is attached as Exhibit D

19.      In Plaintiff's February 8, 2008 letter it responded to Defendant's erroneous claims of trademark infringement arguing that it had used the term "Cash For Gold" prior to May 13, 2007, Defendant's admitted date of first use of the mark in commerce per its application

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

**COMPLAINT**

for trademark registration, evidence of which is attached hereto as Exhibit E. In regards to Defendant's allegation of cyber squatting, Plaintiff asserted that its prior use repudiated any possible claim of bad faith intent to profit from a protected mark, on the contrary it was Defendant's use of the phrase after having notice of Plaintiff's use that evidenced bad faith. In regard's to Defendant's contacting www.godaddy.com requesting that Plaintiff be prohibited from access to its domain name and that it be transferred to Defendant, the Plaintiff advised that this intentional interference with a contract constituted tortuous interference with a business relationship. Plaintiff offered to meet and confer to discuss an amicable resolution of these issues, while simultaneously requesting that Defendant cease and desist from using the phrase "Cash for Gold" as it was likely to cause irreparable injury to Plaintiff.

20.     On or about March 10, 2008, the United States Patent and Trademark Office ("USPTO") issued an office action advising the Defendant that their trademark was not entitled to registration as it was merely descriptive. Defendant did not reply to said office action and instead in April 2008 they submitted notice to the USPTO of their express abandonment of their trademark application. Accordingly, Defendants threatened actions and allegations are know to be false and are designed to harass and intimidate Plaintiff.

21.     On or about July 2008, the Defendant contracted with Google.com for a sponsored link, whereby they unconscionably and without permission used Plaintiff's domain name www.cashforgoldusa.com as their heading, and simultaneously inserting a link directing consumers to their own website as follows: www.Cash4Gold.com/CashForGoldUSA. A copy of the advertisement is attached hereto as Exhibit F.

22.     On or about September 19, 2008, counsel for Defendant wrote to Plaintiff alleging that Plaintiff's use of the domain name www.cashforgoldusa.com infringed on Defendant's "intellectual property rights". A copy of the letter is attached as Exhibit F. Specifically, Defendant asserted that use of the domain name www.cashforgoldusa.com was undertaken in bad faith violating both Federal and State laws and that under the

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

6

Lanham Act a Plaintiff could not only recover the domain name, but also damages and costs of suit. Furthermore, Defendant further alleged that use of the domain name www.cashforgoldusa.com was a case of typo-squatting and therefore Defendant would initiate a proceeding pursuant to the Uniform Domain name Dispute Policy if Plaintiff did not assign the domain name to Defendant. The Defendant requested that Plaintiff immediately assign the domain name and commit in writing to cease all domain name variants of www.cash4gold.com and provided a signature section for Plaintiff to acquiesce to these terms. A copy of the letter is attached as Exhibit G.

23.     Before Plaintiff was given the opportunity to respond to these false accusations, on September 25, 2008 they received correspondence from Defendant advising that, "Your lack of response leaves us no choice but to seek legal remedies". A copy of the letter is attached as Exhibit H..

## FEDERAL TRADEMARK INFRINGEMENT

24.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 23 above as though set forth in full.

25.     Plaintiff has consistently used the Cash for Gold Mark in connection with refining precious metals since at least 2005. The Cash for Gold trademark has gained secondary meaning identifiable with Plaintiff.

26.     Plaintiff has devoted substantial resources in the establishment of the goodwill, consumer recognition and nationwide reputation of the Cash for Gold Mark, and the Cash for Gold Mark and its associated goodwill, consumer recognition and reputation are valuable property rights of Plaintiff.

27.     Plaintiff is informed and believes and, based thereon, alleges that Defendants adopted the name and trademark "Cash 4 Gold" in or around May 13, 2007. Plaintiff is informed and believes that Defendants advertise and solicit customers through the domain name www.cash4gold.com in all states and counties in the United States, including within this District.

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

7

28.      Plaintiff is informed and believes that Defendants began a pattern of infringement upon the Cash for Gold Mark by forming their company Cash 4 Gold, LLC using the words "Cash 4 Gold" and using that name in business and on their website. Said adoption and use by Defendants was long after Plaintiff adopted and first used its trademark, and done with actual knowledge, of Plaintiff's trademark.

29.      Plaintiff is informed and believes and based thereon, alleges that customers and consumers are likely to believe the items and services offered under Defendant's Mark as emanating from or authorized by Plaintiff and are likely to patronize the same believing the source is Plaintiff and likely, if dissatisfied with Defendants' establishment, to cease patronizing Plaintiff's establishment. Concurrent use of Plaintiff's Mark and Defendant's Mark will result in irreparable damage to Plaintiff's reputation and goodwill since customers, consumers and the trade are likely to be confused about whether Plaintiff is the source of the products and services offered by Defendants, or that Defendants have been licensed or authorized to use Plaintiff's Cash for Gold Mark when that is not the case.

30.      Plaintiff is informed and believes and, based thereon, alleges that Defendants threaten to an, unless restrained will, continue the acts complained of herein, all to Plaintiff's irreparable damage in that it will be extremely difficult to ascertain the amount of compensation that would afford Plaintiff adequate relief therefore, and unless this Court grants and injunction preventing Defendants from using Plaintiff's Cash for Gold Mark and preventing Defendants from using trademarks, tradenames and domain names that are confusingly similar to Plaintiff's Cash for Gold Mark, Plaintiff will not be able to prevent infringement of its Cash for Gold Mark and will be irreparably damages.

31.      Defendant's said conduct has caused, continues to cause, and is likely in the future to cause confusion, mistake and deception in the minds of the public and the trade and to injure and damage Plaintiff's Cash for Gold Mark and goodwill for which there is no adequate remedy at law. By reason of the foregoing, Plaintiff has suffered and continues to suffer

**COMPLAINT**

1    damages and injury to its business, goodwill, and profits the precise amount to be determined

2    at trial, and Plaintiff is entitled to the remedies provided in 15 U.S.C. § 1116 et. seq.

4    ## COMMON LAW TRADEMARK INFRINGEMENT

5    32.    Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 31 above as

6    though set forth in full.

7    33.    Plaintiff is the senior user of the Cash for Gold Mark and all variants thereof in

8    both the English and Spanish language in connection with precious metal refining services. At

9    all times herein concerned, Plaintiff consistently uses said Mark in intrastate and interstate

10   commerce, and these Marks have become associated with Plaintiff in the minds of the public.

11   34.    Plaintiff has devoted substantial resources in the establishment of the goodwill,

12   consumer recognition and nationwide reputation of the Mark, and the goodwill, consumer

13   recognition and reputation are valuable property rights.

15   35.    Plaintiff is informed and believes and, based thereon, alleges that Defendants have

16   infringed upon the Plaintiff's Mark by using the domain name www.cash4gold.com without

17   authority or consent from Plaintiff.

18   36.    Plaintiff is informed and believes and, based thereon, alleges that customers and

19   consumers are likely to believe Defendant's website www.cash4gold.com is associated with

20   Plaintiff and are likely to patronize said establishment believing the source is Plaintiff and

21   likely, if dissatisfied with Defendant's services, cease business with Plaintiff.    Concurrent use

22   of Plaintiff's Mark and Defendant's Mark will result in irreparable damage to Plaintiff's

23   reputation and goodwill since customers, consumers and the trade are likely to be confused

24   about whether Plaintiff is the source of the products and services offered by Defendants, or

25   that Defendants have been licensed or authorized to use Plaintiff's Mark when that is in fact

26   not the case.

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

9

37.     Plaintiff is informed and believes and, based thereon, alleges that Defendant's use of the Mark and name has resulted in irreparable damage to Plaintiff's Mark, reputation and goodwill since customers, consumers and the trade are likely to be confused about the source of the services offered by Defendants or believe erroneously that Defendant have been licenses or authorized to use said Mark.

38.     Plaintiff is informed and believes, and, based thereon, alleges that Defendants threaten to and, unless restrained, will continue the acts complained of herein, all to Plaintiff's irreparable damage in that it will be extremely difficult to ascertain the amount of compensation that would afford adequate relief therefore, and unless this Court grants and injunction preventing Defendants from using said confusingly similar trademarks, Plaintiff will not be able to prevent infringement thereof and will be irreparably damaged.

39.     Plaintiff is informed and believes and upon such information and belief alleges that Defendant's conduct has caused, continues to cause, and is likely in the future to cause confusion, mistake and deception in the minds of the public and the trade and to injure and damage Plaintiff's goodwill for which there is no adequate remedy at law. By reason of the foregoing, Plaintiff has suffered and continues to suffer damages and injury to its Mark, business, goodwill and profits, the precise amount to be determined at trial.

## FALSE DESIGNATION, 15 U.S.C. § 1125(a)

40.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 39 above as though set forth in full.

41.     Plaintiff is informed and believes and, based thereon, alleges that Defendants, by their acts herein alleged, willfully, knowingly, and intentionally, have deceptively and misleadingly described their services in such a manner as if likely to confuse the trade, customers and consumers in violation of the Lanham Act §43 (a), 15 U.S.C. §1125 (a).

42.     Plaintiff is informed and believes and, based thereon, alleges that Defendants' unauthorized use of a substantially similar name and mark to that of Plaintiff's Mark has led

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

**COMPLAINT**

and will lead customers, consumers and the trade to mistakenly believe that Defendants are Plaintiff and that their services originate from, or are authorized, approved, sponsored, or licensed by Plaintiff and said conduct appropriates Plaintiff's trademark, trademark rights and goodwill to its detriment.

43.     Defendant's use of said name and trademark constitutes willful and deliberate uses of false designation of origin or false or misleading representation, and is likely to cause confusion, mistake or deception by inducing the impression among customers, consumers and the trade that the services offered by Defendants are offered, sponsored or licensed by Plaintiff.

44.     As a direct, proximate and foreseeable result of the wrongful actions of Defendants, Plaintiff has been irreparably injured and has suffered and continues to suffer damages, the precise amount to be determined at trial.

## TRADEMARK DILUTION UNDER STATE AND FEDERAL LAW

45.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 44 above as though set forth in full.

46.     Plaintiff's Mark and name has acquired distinctiveness and secondary meaning and are famous within the meaning of 15 U.S.C. §1125 (c).

47.     Defendants have used and are continuing to use Plaintiff's Mark in international, interstate and intrastate commerce in this State and elsewhere.

48.     Defendants' use of the Mark began and continued after the Mark became famous and was well known to the public and the trade.

49.     Defendant's commercial use in commerce of Plaintiff's Mark causes dilution of the distinctive quality of the Mark and threatens to debase it.

50.     Plaintiff is informed and believes and, based thereon, alleges that Defendants willfully intended to trade on Plaintiff's reputation and willfully intended to cause dilution of Plaintiff's famous Mark.

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900   FACSIMILE: (310) 300-2901

11

51.     By reason of the foregoing, Defendants have violated and are continuing to violate 15 U.S.C. §1125 (c) and the law of this state relative to dilution.

52.     Defendant's unauthorized use of the above-identified Mark causes irreparable injury to Plaintiff, including injury to its business reputation and dilution of the distinctive quality of their Mark

53.     Plaintiff is informed and believes that the Defendants threaten to continue to infringe and dilute Plaintiff's Mark unless restrained and enjoined, and Plaintiff will continue to be damaged as they will have no adequate remedy at law.

54.     Plaintiff is entitled to recover damages from Defendants, including attorney's fees, and any gains profits and advantages obtained by Defendants as a result of Defendants' willful acts causing the dilution alleged above.

## TRADE NAME INFRINGEMENT, CALIFORNIA BUSINESS & PROFESSION CODE §14401

55.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 54 above as though set forth in full.

56.     Since Plaintiff was the first to adopt and use the Mark Cash for Gold for its business, Defendants use of "Cash 4 Gold" will injure Plaintiff's business reputation in violation of California Business & Professions Code § 14401 which, unless enjoined, will result in further consumer confusion and injury to Plaintiff.

## UNFAIR COMPETITION UNDER STATE AND FEDERAL LAW

57.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 56 above as though set forth in full.

58.     Defendant's actions alleged above constitute unlawful and unfair business practices in violation of common law and the laws of this State.

59.     As a direct, proximate and foreseeable result of Defendants' unlawful and unfair business practices, Defendants have been unjustly enriched at Plaintiff's expense in an amount

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

12

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

not yet ascertained. Accordingly, Plaintiff is entitled to obtain an accounting and restitution from Defendants in an amount to be determined at trial.

60.     As a direct, proximate and foreseeable result of Defendant's unlawful and unfair business practices, Plaintiff has suffered and will continue to suffer great and irreparable harm, including, but not limited to, harm and damages to its name, Mark, business, reputation and goodwill. Plaintiff is informed and believes that Defendants will continue to further compete unlawfully and unfairly with Plaintiff unless restrained and enjoined, and Plaintiff does not have an adequate remedy at law.

## TORTUOUS INTERFERENCE WITH CONTRACT

61.     Plaintiff hereby alleges, repeats and incorporates paragraphs 1 through 60 above as though set forth in full.

62.     Defendant's actions alleged above constitute tortuous interference with contract in violation of common law and the laws of this State.

63.     As a direct, proximate and foreseeable result of Defendants' tortuous interference with contract, Plaintiff's have been damaged in an amount not yet ascertained. Accordingly, Plaintiff is entitled to obtain restitution from Defendants in an amount to be determined at trial.

64.     As a direct, proximate and foreseeable result of Defendant's tortuous interference with contract, Plaintiff has suffered and will continue to suffer great and irreparable harm,  if Defendant is not enjoined from engaging in such conduct. Plaintiff is informed and believes that Defendants will continue to engage in tortuous interference with Plaintiff's contractual relationships unless restrained and enjoined, and Plaintiff does not have an adequate remedy at law.

## DECLARATORY RELIEF

65.     Defendant has alleged that Plaintiff is violating its trademark rights under the Lanham Act, that its use of the domain name www.cash4goldusa.com constitutes an instance

13

of typo-squatting and a violation of unfair competition laws under 15 U.S.C. §1125. Defendant cannot establish the bad faith intent element required under 15 U.S.C. §1125(d) (B) (i) (III), because the Plaintiff has evidence of its prior use of the phrase "Cash for Gold" with respect to the offering of its goods and services.

66.     Defendant's claims and threats of immediate legal action demonstrate a substantial controversy between two parties having adverse legal interests.

67.     Declaratory relief is warranted for the following reasons:

a). A declaratory judgment would settle the entire controversy between the parties as to Plaintiff's superior trademark rights to the phrase "Cash for Gold"; including all variations thereof in both English and Spanish and all corresponding domain names, based on prior use in commerce, or at a minimum the lack of enforceability by any party to make claims premised upon the use of such term;

b). A declaratory judgment would also resolve the domain name dispute as the Uniform Domain-Name Dispute-Resolution Policy requires trademark-based domain-name disputes to be resolved by court action or other legal proceedings before a registrar will cancel, suspend, or transfer a domain name. In granting declaratory relief, the Court would allow Plaintiff to know with certainty that it may continue to use its registered domain names;

c). A declaratory judgment would prevent Defendant from continuing to make unsubstantiated claims against Plaintiff of trademark infringement, typo-squatting, unfair competition and various other violations of their intellectual property rights;

d). Finally, a declaratory judgment would prevent Defendant from engaging in tortuous interference with Plaintiff's business relationships such as contacting www.godaddy.com requesting that Plaintiff be denied access to their website or by placing Google advertisements using Plaintiff's domain name www.cashforgoldusa.com in an effort to mislead consumers and divert them to their website.

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

14

## INJUNCTIVE RELIEF

68.     Plaintiff further requests that until this controversy is resolved amongst the parties the court issue a temporary injunction preventing Defendant from:

a). Making accusations that Plaintiff has violated their intellectual property rights and engaged in unfair competition;

   b). Intentionally interfering with Plaintiff's business and contractual relationships;

c). Contacting www.godaddy.com to request that Plaintiff be denied access to its website based on false claims of alleged violations of Defendant's intellectual property rights;

d). Purchasing Google advertisements with the terms "Cash for Gold USA" or any variation thereof for the purpose of misleading the general public and diverting traffic to its website.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff,  CJ ENVIRONMENTAL, INC. prays for relief as follows:

1. Preliminary and permanent injunctive relief enjoining Defendants, and Defendant's officers, agents, servants, employees and all persons acting in concert with them, from directly or indirectly:

   a).     using or engaging in acts that infringe or dilute Plaintiff's "Cash for Gold" and "Dinero Por Oro" Marks or any other trademark, business name or trade name confusingly similar to Plaintiff's Marks whether in English or Spanish;

   b).     injuring the reputation of Plaintiff or its Marks; and

2. For actual, compensatory, and statutory damages;

3. For an accounting of all profits using the "Cash for Gold" name;

4. For restitution;

5. For an order for destruction or elimination of all Defendants' advertising and promotional material bearing the name "Cash for Gold";

6. For forfeiture, cancellation or transfer to Plaintiff of Defendant's domain name www.cash4gold.com and all other domain names utilizing the Mark;

**COMPLAINT**

---

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

7. For an award of punitive and exemplary damages;

8. For treble damages for trademark infringement;

9. For an aware of prejudgment interest, costs of suit, and reasonable attorney's fees as allowed by law; and

10. For such other and further relief as the court deems just.

Respectfully submitted,

DATED: October 7, 2008

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

By:_____

    MICHAEL J. WEISS, ESQ., SBN: 206473
    NINA N. AMERI, ESQ., SBN: 231025
    Attorneys for Plaintiff

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff, CJ ENVIRONMENTAL, INC. hereby demands a trial by jury on all claims.


October 7, 2008          ABRAMS GARFINKEL MARGOLIS BERGSON, LLP


By:_____
MICHAEL J. WEISS, ESQ., SBN: 206473
NINA N. AMERI, ESQ., SBN: 231025
Attorneys for Plaintiff

**COMPLAINT**

ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
ATTORNEYS AT LAW
9229 SUNSET BOULEVARD, SUITE 710
LOS ANGELES, CALIFORNIA 90069
TELEPHONE: (310) 300-2900  FACSIMILE: (310) 300-2901

**TAKEN FROM <u>THE SUPER SHOPPER</u> Sep 14, 2005**

**Ad Proof:**

**CA$H FOR GOLD**
We pay top-dollar for
unwanted or broken Gold
Jewelry & Dental Gold.
Weigh & Pay same day.
Free Pick-Up Service.
**CALL CJ Environmental @
(213) 618-2274**

Contact Cesar Reyna for verification:
theshopper@seagullmarketing.com

# TV World

### Serving the Greater New Bedford Area

42 Marion Road
Mattapoisett, MA 02739
**508-758-7895**

**Richard H. Rogers**
Editor/Publisher

**INVOICE #   1214**

Date: 09-18-05

**ADVERTISER:**  **Cash for Gold**
Name:
Address:

Billing   Norm Snyder
Address:   101 Hampton Road
Sharon, MA 020 67

Starting Date of Ad:  **09-18-05 Issue**

✂------------------------------------------------------------------

## Ad Information

Size Ad: <u>3-1/2" x 5"</u> / <u>Quarter Page</u>

# Weeks: <u>4</u> @ <u>$60.00</u> Per Week

Period:  From <u>09-18-05</u> Thru <u>10-09-05</u>

Accounts over 30 days subject to interest of
1-½% monthly on unpaid balance. 50¢
each statement sent to delinquent accounts.

## Billing Information

Previous Balance ................$

Payment
   Since Last Invoice ....**($        )

Net Balance Owed ..............$

Advertising Charges
   This Invoice......................$240.00

Total Balance Owed.................$240.00

Installment Now Due.............$240.00

Reference INVOICE # and ADVERTISER NAME on check
-OR- return top portion with payment

**INVOICE # 1214**                    ~ Thank You ~                    Date:  09-18-05

## TV World Rates

1/12 Page @ $25.95 Per Week        1/3 Page @ $ 84.17 Per Week

1/8  Page @ $43.95 Per Week        1/2 Page @ $119.95 Per Week

1/6  Page @ $59.95 Per Week        Full Page @ $209.95 Per Week

1/4  Page @ $69.95 Per Week        Back Page @ $225.00 Per Week

Front Cover @ $125.00 Per Week

[Rates are for 12 week runs – minimum]

TAKEN FROM The Cabrua on October 19, 2005
Contact Sherry at lwherald@ix.netcom.com for verification
This is a publication in FLORIDA.



# CASH for GOLD

We pay top-dollar for used, unwanted or broken GOLD JEWELRY.
Materials weighed & paid for in cash at time of pick-up.
Call CJ Environmental Inc. to schedule an appointment.

**TOLL FREE (866) 784-2238**

Professional. Reliable. Honest.

Any quantity accepted. FREE APPRAISAL & PICK-UP SERVICE.

# End Leaky Basement Problems Forever With ...

♦ **CONCRETE SOLUTIONS** ♦

## Water Proofing & Concrete Restoration

For All Water Problems, Leaks, Cracks, Granite Stone Restoration, Floors & Foundation Repairs. All Work Guaranteed



See How Concrete Solutions Can Solve Your Water Problem

- No More Digging
- No More Sump Pump
- No More French Drains
- No More Mold
- No More Radon

and No More Headaches

**Contact Mike at 617-773-8141**

---

- **ROOFING** -

ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS
ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS
ROOFS AND ONLY ROOFS SINCE 1976.

**CALL BERT - 781-961-5625**





# DAN'S Lawn Care

"A Cut Above The Rest"

- *Spring & Fall Cleanup*
- *Lawn Mowing* • *Mulching*
- *Fertilizing & Liming*
- *Shrub, Bush & Tree Pruning*
- *Insect Control*

Free Estimates • Call Dan
**781-848-7851**

BRAINTREE ADVERTISER SEPTEMBER 13, 2006 PAGE 9

# DAYTIME LISTINGS · MON-FRI · 9 AM-7PM

**9:00**
(4) THE LARRY ELDER SHOW
(5) THE JANE PAULY SHOW
(6) FRIENDS
(7) LIVE WITH REGIS AND KELLY
(12) THE 700 CLUB
**9:30**
(2) BETWEEN THE LIONS
(8) YES DEAR
**10:00**
(2) GEORGE SHRINKS
(4) GUIDING LIGHT
(5) STARTING OVER
(6) THE TONY DANZA SHOW
(7) TODAY
(10) LIVE WITH REGIS AND KELLY
**10:30**
(2) THE BERENSTAIN BEARS
**11:00**
(2) TELETUBBIES
(4)(12) THE PRICE IS RIGHT
(6)(6) THE VIEW
(7) THE ELLEN DEGENERES

**SHOW**
(10) THE JANE PAULEY SHOW
**11:30**
(2) BOOHBAH
**12:00**
(2) JAY JAY THE JET PLANE
(4)(5)(6)(7)(10)(12) NEWS
**12:30**
(2) CLIFFORD AND THE BIG RED DOG
(4)(12) THE YOUNG AND THE RESTLESS
(5) WHO WANTS TO BE A MILLIONAIRE
(6) ENTERTAINMENT TONIGHT
(10) INSIDE EDITION
**1:00**
(2) CAILLOU
(6)(8) ALL MY CHILDREN
(7)(10) DAYS OF OUR LIVES
**1:30**
(2) BARNEY & FRIENDS
(4)(12) THE BOLD & THE

**BEAUTIFUL**
**2:00**
(2) ZOBOOMAFOO
(4)(12) AS THE WORLD TURNS
(6)(6) ONE LIFE TO LIVE
(7)(10) PASSIONS
**2:30**
(2) DRAGON TALES
3:00 (2) ZOOM
(4) JUDGE JUDY
(6)(6) GENERAL HOSPITAL
(7) FAMILY FEUD
(10) THE ELLEN DEGENERES SHOW
(12) GUIDING LIGHT
**3:30**
(2) CLIFFORD THE BIG RED DOG
(4) JUDGE JUDY
(7) FAMILY FEUD
**4:00**
(2) ARTHUR
(4)(7) NEWS
(6)(10) OPRAH WINFREY

(8) WHO WANTS TO BE A MILLIONAIRE
(12) JUDGE JUDY
**4:30**
(2) MAYA & MIGUEL
(4)(7) NEWS
(6) WHO WANTS TO BE A MILLIONAIRE
(12) JUDGE JUDY
**5:00**
(2) CYBERCHASE
(4)(6) DR. PHIL
(5)(7)(10)(12) NEWS
**5:30**
(2) POSTCARDS FROM BUSTER
(6)(7)(10)(12) NEWS
**6:00**
(2) NEWSHOUR WITH JIM LEHRER
(4)(5)(6)(7)(10)(12) NEWS
**6:30**
(4)(12) CBS NEWS
(5)(6) ABC NEWS
(7)(10) NBC NEWS

---

## FRIDAY   16 Sep Con'd

(5)(6) LESS THAN PERFECT -
"Claude the Expert" - Claude
encourages Charlie to try out for a
band, which results in his leaving
town indefinitely.

**10:00**
(2) ART IN THE TWENTY-
FIRST CENTURY - Artists Cao
Guo-Qiang, Laylah Ali, Krzysztof
Wodiczko and Ida Applebroog
portray the theme of power
(6)(6) 20/20

(7)(10) LAW & ORDER:
SPECIAL VICTIMS UNIT -
"Contagious" - While examining a
9-year-old girl after a car crash,
doctors discover she has been mol-
ested and call in Benson and Stabler,
who learn that the girl's attacker has
killed another child
(13) FOX NEWS
**11:00**
(2) CHARLIE ROSE
(4)(5)(6)(7)(10)(12) NEWS
(12) SEINFELD - "The Nap" -
George discovers how to take a nap
at work and not get caught "
**11:30**
(4)(12) THE LATE SHOW -
David Letterman - Guest: Actor

Charlie Sheen; New York Knicks
coach Larry Brown; Institute
performs
(5)(6) NIGHTLINE - Ted Koppel
(7)(10) THE TONIGHT SHOW -
Jay Leno - Guest: Actor Denis
Leary; "Wildboyz" Steve-O and
Pontius; Keane performs
**12:00**
(2) BEAT THE PRESS

## SATURDAY   17 Sep Evening

**7:00**
(2) AMERICAN MASTERS
(4) ENTERTAINMENT TONIGHT
(5) PATRIOTS ALL ACCESS

---



# $ASH FOR GOLD

**FREE PICK-UP SERVICE**

## WE PAY TOP DOLLAR FOR:

Your Broken or Unwanted Rings, Bracelets, Necklaces and Dental Gold.
Any Form of Gold, Silver or Platinum is Acceptable.
Don't Let Precious Metals Be Lost or Forgotten in a Jewelry Box

### CALL 617-697-CASH (2274)
### OR TOLL FREE 1-866-784-2238

## C.J. ENVIRONMENTAL CO., INC.



## VOTE EXPERIENCE

- 12 Years Economic Development
- 8 Years Administrative Assistant To Board of Assessors
- Real Estate Broker, Licensed 26 years
- Bristol County Assessor's Assoc.
- MA Assoc. of Assessing Officers
- International Assoc. of Assessing Officers

### PLEASE VOTE TUESDAY, OCTOBER 4TH

## VOTE EXPERIENCE
Administrative Asst. to Board of Assessors - Real Estate Broker

# NORM
# BERGERON
## ASSESSOR

Page 6

we deliver creative and effective business solutions and counsel

# BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee.*

Melanie Ann Hines
850.561.3010
mhines@bergersingerman.com

*From Norm Schneider*
*617-510-4534*
*Cell #*

January 14, 2008

**VIA FEDERAL EXPRESS**

Mr. Norman Schneider
President
C. J. Environmental, Inc.
101 Hampton Road
Sharon, MA  02067

Re:  Copyright Infringement and Cybersquatting on www.cash4gold.com and
www.oropordinero.com

Dear Mr. Schneider:

Please be advised that our firm represents CASH4GOLD, LLC, (hereinafter "CASH4GOLD").
We have been retained to investigate your actions and those of your business entity known as
"CJ Environmental."

Further, pursuant to the Digital Millennium Copyright Act, this letter serves as actual notice of
infringement in the event of legal proceedings.  The information in this notification is accurate,
and I state I am the authorized representative of the owner of an exclusive right infringed by the
specified material.

This is to advise you that your registration and use of the "www.cashforgoldusa.com" domain
names constitutes cybersquatting, trademark infringement, dilution, unfair competition and
inappropriate use of trade dress in violation of the Lanham Act, 15 U.S.C. 1125, and the Anti-
Cybersquatting and Consumer Protection Act of 2005, § 15 U.S.C. 1125(d), along with state and
common-law copyright and trademark provisions.  Each of these provisions carry substantial
penalties, including the payment of $100,000.00 per violation.  Furthermore, your registration of
any other domain names that infringe on the trademark of CASH4GOLD or its use of the
Spanish equivalent "www.oropordinero.com" is likewise prohibited by law, whether you have
begun using them for commercial trade or not.

This letter constitutes a demand that you immediately cease and desist in any and all efforts to
use the marks and trade dress you have misappropriated, by dismantling the websites, destroying
all marketing materials bearing the names identified herein and by transferring to CASH4GOLD
the   domain   names   of   "www.cashforgoldusa.com,"   "www.cashforgold.com,"   and
"www.dineropororo.com."

Mr. Norman Schneider
January 14, 2008
Page Two

You are on notice that you must take the appropriate action within ten (10) days of your receipt of this letter or we will advise our client to avail itself of all legal remedies including arbitration and litigation in which CASH4GOLD will seek any and all sanctions and attorney fees allowed by law.

Sincerely,

BERGER SINGERMAN

Melanie Ann Hines

MAH:apw

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

5900 WILSHIRE BOULEVARD, SUITE 2250
LOS ANGELES, CA 90036
Telephone: (310) 300.2900
Facsimile: (310) 300.2901
www.agmblaw.com

February 08, 2008

Sender Direct Ph: 310.300.2904
Sender's E-mail: mweiss@agmblaw.com

**Via Electronic & U.S. Mail**

Melanie Ann Hines, Esq.
Berger Singerman
125 S. Gadsden Street, Suite 300
Tallahassee, Florida 32301

**Re: CashforgoldUSA.com/Cash4gold.com – IP Infringement Matter**

Dear Ms. Hines:

We are counsel to CJ Environmental, Inc. ("CJE") and write in response to your recent letters wherein you have alleged that CJE has committed certain acts that are violative of Cash4gold, LLC's ("C4G") intellectual property rights. We have thoroughly reviewed the matter and based on the following facts and statutory governance we conclude that your assertions are without merit:

First, it should be noted that CJE has been operating in the scrap metal directly to the public for years prior to C4G. In fact, as you may be aware, CJE utilized C4G's parent company, Albar Metals, as its refinery. This is significant in that your client has had full awareness and notice of CJE's operations prior to commencement of its own direct to public gold recycling operations.

Trademark Infringement

By C4G's own admission, under penalty of perjury, C4G began using the term Cash 4 gold in commerce no earlier than May 13, 2007. As such, C4G's allegations for trademark infringement must fail as a matter law. CJE has produced documentary evidence of its use in commerce of the term "Cash For Gold" several years prior to the sworn date of first use by C4G.

Moreover, it is our contention (and a reason why CJE has not filed for trademark registration to the principal register years prior to C4G), that the term Cash For Gold (in connection with an enterprise that pays money for gold) is not entitled to trademark registration as it is merely descriptive of the service being provided.   Accordingly, either the term is not entitled to trademark protection, or alternatively, such protection is provided to the first to use the mark in commerce - CJE.   Although I can only assume that there exist thousands of jewelry stores and pawn shops that advertise that they pay Cash for Gold, as between the parties hereto, CJE clearly has a superior right to use of the mark.

<u>Cybersquatting</u>

In your letters you have alleged that CJE is "Cybersquatting" on certain domain names. For that to be true §15 U.S.C. 1125(d)(1)(A) et seq. provides that:

 * A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, without regard to the goods or services of the parties, that person:

"has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section…";

*        In determining whether a person has a bad faith intent described under subparagraph (a), a court may consider factors such as, but not limited to

"the trademark or other intellectual property rights of the person, if any, in the domain name;  the person's prior use, if any, of the domain name in connection with the bona fide offering of any goods or services";

*        Bad faith intent described under subparagraph (A) shall not be found in any case in which the court determines that the person believed and had reasonable grounds to believe that the use of the domain name was a fair use or otherwise lawful.

C4G cannot satisfy the requirements for a prima facie case.  Bad faith cannot possibly be found, when, as previously stated, CJE's activities and use of the mark to be protected, pre-dates C4G's use. Conversely, it is our contention that due to C4G's subsequent use of the phrase, after having due notice of CJE's use, evidences  C4G's bad faith.

Additionally, the Spanish URL's were launched by my client prior to C4G's launch of its Spanish URL's. Here again, substantiating our contention that it is indeed your client that is encroaching upon the rights of CJE.

Melanie Ann Hines, Esq.
February 08, 2008
Page 3

Tortious Interference.

In your letter you suggest that you have contacted GoDaddy, impliedly to request that GoDaddy take action to interfere with CJE's operation of its sites. Such action constitutes intentional interference with contract and such tortious conduct may give rise to punitive damages. Be advised that we will vigorously enforce our client's rights against all parties that engage in such activity.

We are confident in our client's position to not only defend any suit brought by C4G but to also prosecute CJE's claims against C4G as well. Notwithstanding, we feel that it is to the benefit of both parties to avoid the costs and expense of protracted litigation. To that end, I suggest that we confer to discuss the issues and to explore reasonable means by which to resolve the issues. I will make myself available nearly any time you have this week or next.

In the interim, to mitigate damages, I must demand that your client cease and desist from further use of the phrase Cash For Gold as it is likely to cause irreparable harm to CJE.

This letter is not meant to constitute an exhaustive analysis or statement of our client's actual or legal position in this matter. Nothing set forth herein or omitted herefrom is intended as, or shall be deemed to constitute, any admission against interest, or any waiver, relinquishment or limitation of any of our client's rights, claims, interests, defenses or positions, whether actual or legal, whether at law or in equity, all of the same being hereby expressly reserved.

I may be reached directly at 310.300.2904. In the event that I do not hear from you on or before February 22, 2008, we will take all steps necessary to enforce our client's rights against you without further notice or delay.

Sincerely,

Michael J. Weiss

CC: Norm Schneider; Steven Schneider

Exhibit A

# CASH4GOLD

| | |
|---|---|
| **Word Mark** | CASH4GOLD |
| **Goods and Services** | IC 036. US 100 101 102. G & S: PRECIOUS METAL REFINING AND PURCHASE OF SCRAP GOLD, SILVER AND PLATINUM. FIRST USE: 20070513. FIRST USE IN COMMERCE: 20070513 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77335266 |
| **Filing Date** | November 21, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Cash4Gold, LLC LTD LIAB CO FLORIDA 1701 Blount Road Pompano Beach FLORIDA 33069 |
| **Attorney of Record** | John Christopher |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Exhibit A

# CASH4GOLD

| | |
|---|---|
| Word Mark | CASH4GOLD |
| Goods and Services | IC 036. US 100 101 102. G & S: PRECIOUS METAL REFINING AND PURCHASE OF SCRAP GOLD, SILVER AND PLATINUM. FIRST USE: 20070513. FIRST USE IN COMMERCE: 20070513 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77335266 |
| Filing Date | November 21, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Cash4Gold, LLC LTD LIAB CO FLORIDA 1701 Blount Road Pompano Beach FLORIDA 33069 |
| Attorney of Record | John Christopher |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Web Clip

1 of 41 Older ›

New window

Print all

Sponsored Links (feedback)

**Design Your Own Website**
Free Blog Templates & Downloads To
Get The Design Your Site Deserves.
GraffitiCMS.com

**Cashforgoldusa Com**
Fill-Out This 5-Minute Form & Sell
Your Gold For Cash (As Seen on TV)-
www.Cash4Gold.com/CashForGoldUSA

**involve for TYPO3**
intuitive front-end interface
for TYPO3 - coming Nov 1st 2007
www.3ev.com

**Drupal Development**
Social Networking, Community,
New Media & Enterprise Drupal
www.AchieveInternet.com

**Mesa del Sol Residential**
Discover a healthy new way to live
on Albuquerque's sunny south mesa
www.MesaDelSolrnm.com

rm>, armentli@live.com

**Check Spelling** ▼

...zed for each page on the

...n them, to turn this off you
...page in the _content, etc,

# CHRISTOPHER
## *&*
# WEISBERG, P.A.
ATTORNEYS AT LAW

September 19, 2008

**VIA FEDEX**
Norman Schneider
President
C.J. Environmental Inc.
101 Hampton Road
Sharon, MA 02067

Domains by Proxy, Inc.
15111 N. Hayden Rd., Ste 160. PMB 353
Scottsdale, Arizona 85260
United States

Re:    **Notice of Unauthorized Use of**
       **"WWW.CASH4GOLD.COM" VARIANT**
       Our File No.: 1432-7

Dear Mr. Schneider:

We represent Cash4Gold LLC in connection with its intellectual property matters and

Mr. Norman Schneider
President
C.J. Environmental Inc
September 19, 2008
Page 2

There is no doubt that C.J. Environmental, Inc. is attempting to confuse consumers that seek the www.cash4gold.com web site with the www-cash4gold.com web site. The registration and use of the www-cash4gold.com domain name is clearly undertaken in bad faith and may violate Federal and State laws. Additionally, your company may be liable for unfair competition claims based at least on these and other illegal uses directed at the cash4gold.com domain name.

Cash4Gold LLC is the pre-eminent retail gold buyer in the United States. Our client has and continues to expend considerable resources to develop and maintain a reputation for providing the highest quality products and services to its customers through, at least, the www.cash4gold.com domain name. As such, Cash4Gold LLC can not and will not permit unauthorized use of its intellectual property.

United States Federal law, specifically the Lanham Act (15 U.S.C. §§ 1051 *et seq.*), provides remedies for false advertising, cybersquatting and unfair competition. A plaintiff may not only recover the offending domain name, but may also obtain damages, including, but not limited to, the defendant's profits, any damages sustained by the plaintiff, and the cost of the action. State law also provides remedies for false advertising and unfair competition. Finally, the Uniform Domain name Dispute Policy (UDRP) permits recovery by Cash4Gold LLC of your www-cash4gold.com domain name. At the very least, this domain name is a clear case of typo-squatting. UDRP precedent allows recovery of domain names under these circumstances. See http://www.icann.org/udrp/udrp.htm. UDRP proceedings cost thousands of dollars. Our client will seek recovery of its costs should you force Cash4Gold LLC to undertake a proceeding.

Regarding the content of the www-cash4gold.com web site, a cursory review Furthermore, we believe that your unauthorized use and display of the copyright-protected photographs from the Pedro Pan Group's newsletter has injured Pedro Pan Group's reputation and constitutes willful copyright infringement under 17 U.S.C. § 101 *et seq.* Copyright infringement subjects you to monetary damages, injunction, impoundment and forfeiture of infringing materials, and the means by which the infringing materials were produced. In addition, because your infringement was willful and was done for the purposes of private financial gain, you are subject to criminal liability under 17 U.S.C. § 506.

Our client wishes to resolve this matter amicably and immediately. Accordingly, we request on behalf of our client that you immediately:

1.    Assign the www-cash4gold.com domain to Cash4Gold LLC; and

2.    Commit in writing to cease all use of www.cash4gold.com domain name *variants* or any colorable imitation thereof.

**CHRISTOPHER & WEISBERG, P.A.**
Attorneys at Law

Mr. Norman Schneider
President
C.J. Environmental Inc
September 19, 2008
Page 3

We ask that you confirm your agreement and comply with our request by signing and
returning a copy of this letter by the close of business on *September 30, 2008*. Our client's
course of action in this matter will be determined based upon your degree of cooperation. If your
response is anything other than affirmative acceptance, however, Cash4Gold LLC will at the
very least initiate a proceeding under the Uniform Domain Name Dispute Resolution Policy for
assignment of the www-cash4gold.com domain to Cash4Gold LLC. It also will consider
additional actions under Federal and State laws described above.

This offer of compromise is without prejudice to any claim for unfair competition, false
advertising or damages that Cash4Gold LLC may assert, should this matter not be resolved
promptly to Cash4Gold LLC's satisfaction.

Sincerely,

CHRISTOPHER & WEISBERG, P.A.

By: _____
Sean L. Ingram

SI/lo

AGREED TO AND ACCEPTED:

C.J. ENVIRONMENTAL INC.

By: _____
Print Name: _____
Title: _____

124153

CHRISTOPHER & WEISBERG, P.A.
Attorneys at Law



# CHRISTOPHER
## &
# WEISBERG, P.A.
ATTORNEYS AT LAW

September 25, 2008

**VIA FEDEX & FACSIMILE**
Mr. Norman Schneider
President
C.J. Environmental Inc.
101 Hampton Road
Sharon, MA 02067

Re:    Unauthorized Use of "WWW.CASH4GOLD.COM" VARIANT
       AND/ COPYRIGHT INFRINGEMENT
       Our File No.: 1432-7

Dear Mr. Schneider:

We follow-up our letter of September 19, 2008 and my voice message to you of today. As you know, Cash4Gold, LLC is the owner of the www.cash4gold.com domain name and has been using this domain name since at least April 2007. While we have attempted to amicably resolve this matter, your lack of response leaves us with no choice but to seek legal remedies.

Clearly, C.J. Environmental Inc.'s continued use of the www-cash4gold.com domain name constitutes typo-squatting and provides your company with the unfair advantage of increased web traffic to your www.cashforgoldusa.com web site. Additionally, we have discovered that the ad words in your Google advertisement constitute direct copyright infringement of content contained on our client's website.

With each day that passes without a response and without any apparent effort on your part to remedy the situation, our client continues to suffer damages resulting from your company's improper business practices. Our client can no longer sit idly by while your infringing activities continue. As such, we demand on behalf of our client that you confirm your agreement and comply with our request by complying with, signing and returning a copy of our September 19, 2008 letter by the close of business tomorrow, *September 26, 2008*. Our client's course of action in this matter will be determined based upon your degree of cooperation.

Mr. Norman Schneider
President
C.J. Environmental Inc
September 25, 2008
Page 2


    This offer of compromise is without prejudice to any claim for unfair competition, false advertising or damages that Cash4Gold LLC may assert, should this matter not be resolved promptly to Cash4Gold LLC's satisfaction.

Sincerely,

CHRISTOPHER & WEISBERG, P.A.

By: _____
Sean L. Ingram

SI/lo

125228

CHRISTOPHER & WEISBERG, P.A.
Attorneys at Law

## TAKEN FROM <u>THE SUPER SHOPPER</u> Sep 14, 2005

**Ad Proof:**

**CA$H FOR GOLD**
We pay top-dollar for
unwanted or broken Gold
Jewelry & Dental Gold.
Weigh & Pay same day.
Free Pick-Up Service.
**CALL CJ Environmental @
(213) 618-2274**

Contact Cesar Reyna for verification:
theshopper@seagullmarketing.com

# TV World

### Serving the Greater New Bedford Area

42 Marion Road
Mattapoisett, MA 02739
**508-758-7895**

**Richard H. Rogers**
Editor/Publisher

**INVOICE #   1214**

Date: 09-18-05

**ADVERTISER:**   **Cash for Gold**
　　Name:
　　Address:

Billing   **Norm Snyder**
Address:   **101 Hampton Road**
　　　　　**Sharon, MA 020 67**

Starting Date of Ad: <u>09-18-05 Issue</u>

✂--------------------------------------------------------------------------<

## Ad Information

Size Ad: <u>3-1/2" x 5"</u> / <u>Quarter Page</u>

# Weeks: <u>4</u> @ $60.00 Per Week

Period:   From <u>09-18-05</u> Thru <u>10-09-05</u>

Accounts over 30 days subject to interest of
1-½% monthly on unpaid balance. 50¢
each statement sent to delinquent accounts.

## Billing Information

Previous Balance ................$

Payment
　　Since Last Invoice ....**($　　　　)

Net Balance Owed ..............$

Advertising Charges
　　This Invoice.....................$240.00

Total Balance Owed................<u>$240.00</u>

Installment Now Due...........<u>**$240.00**</u>

Reference INVOICE # and ADVERTISER NAME on check
-OR- return top portion with payment

**INVOICE # 1214**　　　　　~ Thank You ~　　　　　Date:  09-18-05

## TV World Rates

1/12 Page @ $25.95 Per Week　　　　1/3 Page @ $  84.17 Per Week

1/8　Page @ $43.95 Per Week　　　　1/2 Page @ $119.95 Per Week

1/6　Page @ $59.95 Per Week　　　　Full Page @ $209.95 Per Week

1/4　Page @ $69.95 Per Week　　　　Back Page @ $225.00 Per Week

Front Cover @ $125.00 Per Week

[Rates are for 12 week runs – minimum]



TAKEN FROM The Cabrua on October 19, 2005
Contact Sherry at lwherald@ix.netcom.com for verification
This is a publication in FLORIDA.

# CASH for GOLD

We pay top-dollar for used, unwanted or broken GOLD JEWELRY.
Materials weighed & paid for in cash at time of pick-up.
Call CJ Environmental Inc. to schedule an appointment.

TOLL FREE (866) 784-2238

Professional.Reliable.Honest.

Any quantity accepted. FREE APPRAISAL & PICK-UP SERVICE.

# End Leaky Basement Problems Forever With ...

♦ **CONCRETE SOLUTIONS** ♦

### Water Proofing & Concrete Restoration

For All Water Problems, Leaks, Cracks, Granite Stone Restoration, Floors & Foundation Repairs.
*All Work Guaranteed*



- No More Digging
- No More Sump Pump
- No More French Drains
- No More Mold
- No More Radon

and No More Headaches

See How Concrete Solutions Can Solve Your Water Problem

Contact Mike at 617-773-8141

- **ROOFING** -
ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS
ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS, ROOFS
ROOFS AND ONLY ROOFS SINCE 1976.
**CALL BERT - 781-961-5625**





# DAN'S Lawn Care

*"A Cut Above The Rest"*

- *Spring & Fall Cleanup*
- *Lawn Mowing* • *Mulching*
- *Fertilizing & Liming*
- *Shrub, Bush & Tree Pruning*
- *Insect Control*

Free Estimates • Call Dan
## 781-848-7851

BRAINTREE ADVERTISER SEPTEMBER 13, 2006 PAGE 9

## DAYTIME LISTINGS - MON-FRI - 9 AM-7PM

**9:00**
(4) THE LARRY ELDER SHOW
(5) THE JANE PAULEY SHOW
(6) FRIENDS
(7) LIVE WITH REGIS AND KELLY
(12) THE 700 CLUB

**9:30**
(2) BETWEEN THE LIONS
(6) YES DEAR

**10:00**
(2) GEORGE SHRINKS
(4) GUIDING LIGHT
(5) STARTING OVER
(6) THE TONY DANZ SHOW
(7) TODAY
(10) LIVE WITH REGIS AND KELLY

**10:30**
(2) THE BERENSTAIN BEARS

**11:00**
(2) TELETUBBIES
(4)(12) THE PRICE IS RIGHT
(5)(6) THE VIEW
(7) THE ELLEN DEGENERES SHOW
(10) THE JANE PAULEY SHOW

**11:30**
(2) BOOHBAH

**12:00**
(2) JAY JAY THE JET PLANE
(4)(5)(6)(7)(10)(12) NEWS

**12:30**
(2) CLIFFORD AND THE BIG RED DOG
(4)(12) THE YOUNG AND THE RESTLESS
(5) WHO WANTS TO BE A MILLIONAIRE
(6) ENTERTAINMENT TONIGHT
(10) INSIDE EDITION

**1:00**
(2) CAILLOU
(5)(6) ALL MY CHILDREN
(7)(10) DAYS OF OUR LIVES

**1:30**
(2) BARNEY & FRIENDS
(4)(12) THE BOLD & THE BEAUTIFUL

**2:00**
(2) ZOBOOMAFOO
(4)(12) AS THE WORLD TURNS
(5)(6) ONE LIFE TO LIVE
(7)(10) PASSIONS

**2:30**
(2) DRAGON TALES
3:00 (2) ZOOM
(4) JUDGE JUDY
(5)(6) GENERAL HOSPITAL
(7) FAMILY FEUD
(10) THE ELLEN DEGENERES SHOW
(12) GUIDING LIGHT

**3:30**
(2) CLIFFORD THE BIG RED DOG
(4) JUDGE JUDY
(7) FAMILY FEUD

**4:00**
(2) ARTHUR
(4)(7) NEWS
(5)(10) OPRAH WINFREY

(8) WHO WANTS TO BE A MILLIONAIRE
(12) JUDGE JUDY

**4:30**
(2) MAYA & MIGUEL
(4)(7) NEWS
(6) WHO WANTS TO BE A MILLIONAIRE
(12) JUDGE JUDY

**5:00**
(2) CYBERCHASE
(4)(6) DR. PHIL
(5)(7)(10)(12) NEWS

**5:30**
(2) POSTCARDS FROM BUSTER
(6)(7)(10)(12) NEWS

**6:00**
(2) NEWSHOUR WITH JIM LEHRER
(4)(5)(6)(7)(10)(12) NEWS

**6:30**
(4)(12) CBS NEWS
(5)(6) ABC NEWS
(7)(10) NBC NEWS

**FRIDAY** 16 Sep. Con'd

(5)(6) LESS THAN PERFECT - Claude the Expert" - Claude encourages Charlie to try out for a band, which results in his leaving town indefinitely.

**10:00**
(2) ART IN THE TWENTY-FIRST CENTURY - Artists Cai Guo-Qiang, Laylah Ali, Krzysztof Wodiczko and Ida Applebroog portray the theme of power
(6)(5) 20/20

(7)(10) LAW & ORDER: SPECIAL VICTIMS UNIT - "Contagious" - While examining a 9-year-old girl after a car crash, doctors discover she has been molested and call in Benson and Stabler, who learn that the girl's attacker has killed another child
(13) FOX NEWS

**11:00**
(2) CHARLIE ROSE
(4)(5)(6)(7)(10)(12) NEWS
(13) SEINFELD - "The Nap" - George discovers how to take a nap at work and not get caught "

**11:30**
(4)(12) THE LATE SHOW - David Letterman - Guest: Actor.

Charlie Sheen; New York Knicks coach Larry Brown; Institute performs
(5)(6) NIGHTLINE - Ted Koppel
(7)(10) THE TONIGHT SHOW - Jay Leno - Guest: Actor Denis Leary; "Wildboyz" Steve-O and Pontius; Keane performs

**12:00**
(2) BEAT THE PRESS

**SATURDAY** 17 Sep. Evening

**7:00**
(2) AMERICAN MASTERS
(4) ENTERTAINMENT TONIGHT
(5) PATRIOTS ALL ACCESS



## $ASH FOR GOLD

FREE PICK-UP SERVICE

## WE PAY TOP DOLLAR FOR:

Your Broken or Unwanted Rings, Bracelets, Necklaces and Dental Gold.
Any Form of Gold, Silver or Platinum is Acceptable.
Don't Let Precious Metals Be Lost or Forgotten in a Jewelry Box

**CALL 617-697-CASH (2274)**
**OR TOLL FREE 1-866-784-2238**

### C.J. ENVIRONMENTAL CO., INC.



## VOTE EXPERIENCE
- 12 Years Economic Development
- 8 Years Administrative Assistant To Board of Assessors
- Real Estate Broker, Licensed 28 years
- Bristol County Assessor's Assoc.
- MA Assoc. of Assessing Officers
- International Assoc. of Assessing Officers

**PLEASE VOTE TUESDAY, OCTOBER 4TH**

## VOTE EXPERIENCE
Administrative Asst. to Board of Assessors - Real Estate Broker.

## NORM BERGERON
## ASSESSOR

we deliver creative and effective business solutions and counsel

## BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

Melanie Ann Hines
850.561.3010
mhines@bergersingerman.com

*From Norm Schneider*
*617-510-4534*
*Cell#*

January 14, 2008

**VIA FEDERAL EXPRESS**

Mr. Norman Schneider
President
C. J. Environmental, Inc.
101 Hampton Road
Sharon, MA 02067

      Re:    Copyright Infringement and Cybersquatting on www.cash4gold.com and
               www.oropordinero.com

Dear Mr. Schneider:

Please be advised that our firm represents CASH4GOLD, LLC, (hereinafter "CASH4GOLD").
We have been retained to investigate your actions and those of your business entity known as
"CJ Environmental."

Further, pursuant to the Digital Millennium Copyright Act, this letter serves as actual notice of
infringement in the event of legal proceedings. The information in this notification is accurate,
and I state I am the authorized representative of the owner of an exclusive right infringed by the
specified material.

This is to advise you that your registration and use of the "www.cashforgoldusa.com" domain
names constitutes cybersquatting, trademark infringement, dilution, unfair competition and
inappropriate use of trade dress in violation of the Lanham Act, 15 U.S.C. 1125, and the Anti-
Cybersquatting and Consumer Protection Act of 2005, § 15 U.S.C. 1125(d), along with state and
common-law copyright and trademark provisions. Each of these provisions carry substantial
penalties, including the payment of $100,000.00 per violation. Furthermore, your registration of
any other domain names that infringe on the trademark of CASH4GOLD or its use of the
Spanish equivalent "www.oropordinero.com" is likewise prohibited by law, whether you have
begun using them for commercial trade or not.

This letter constitutes a demand that you immediately cease and desist in any and all efforts to
use the marks and trade dress you have misappropriated, by dismantling the websites, destroying
all marketing materials bearing the names identified herein and by transferring to CASH4GOLD
the domain names of "www.cashforgoldusa.com," "www.cashforgold.com," and
"www.dineropororo.com."

125 S. Gadsden Street   Suite 300   Tallahassee, Florida 32301   Telephone 850-561-3010   Facsimile 850-561-3013

Mr. Norman Schneider
January 14, 2008
Page Two

You are on notice that you must take the appropriate action within ten (10) days of your receipt of this letter or we will advise our client to avail itself of all legal remedies including arbitration and litigation in which CASH4GOLD will seek any and all sanctions and attorney fees allowed by law.

Sincerely,

BERGER SINGERMAN

Melanie Ann Hines

MAH:apw

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

5900 WILSHIRE BOULEVARD, SUITE 2250
LOS ANGELES, CA 90036
Telephone: (310) 300.2900
Facsimile: (310) 300.2901
www.agmblaw.com

February 08, 2008

Sender Direct Ph: 310.300.2904
Sender's E-mail: mweiss@agmblaw.com

**Via Electronic & U.S. Mail**

Melanie Ann Hines, Esq.
Berger Singerman
125 S. Gadsden Street, Suite 300
Tallahassee, Florida 32301

**Re:  CashforgoldUSA.com/Cash4gold.com – IP Infringement Matter**

Dear Ms. Hines:

We are counsel to CJ Environmental, Inc. ("CJE") and write in response to your recent letters wherein you have alleged that CJE has committed certain acts that are violative of Cash4gold, LLC's ("C4G") intellectual property rights. We have thoroughly reviewed the matter and based on the following facts and statutory governance we conclude that your assertions are without merit:

First, it should be noted that CJE has been operating in the scrap metal directly to the public for years prior to C4G.  In fact, as you may be aware, CJE utilized C4G's parent company, Albar Metals, as its refinery. This is significant in that your client has had full awareness and notice of CJE's operations prior to commencement of its own direct to public gold recycling operations.

Trademark Infringement

By C4G's own admission, under penalty of perjury, C4G began using the term Cash 4 gold in commerce no earlier than May 13, 2007. As such, C4G's allegations for trademark infringement must fail as a matter law.  CJE has produced documentary evidence of its use in commerce of the term "Cash For Gold" several years prior to the sworn date of first use by C4G.

Moreover, it is our contention (and a reason why CJE has not filed for trademark registration to the principal register years prior to C4G), that the term Cash For Gold (in connection with an enterprise that pays money for gold) is not entitled to trademark registration as it is merely descriptive of the service being provided.   Accordingly, either the term is not entitled to trademark protection, or alternatively, such protection is provided to the first to use the mark in commerce - CJE.   Although I can only assume that there exist thousands of jewelry stores and pawn shops that advertise that they pay Cash for Gold, as between the parties hereto, CJE clearly has a superior right to use of the mark.

Cybersquatting

In your letters you have alleged that CJE is "Cybersquatting" on certain domain names. For that to be true §15 U.S.C. 1125(d)(1)(A) et seq. provides that:

 * A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, without regard to the goods or services of the parties, that person:

"has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section...";

*       In determining whether a person has a bad faith intent described under subparagraph (a), a court may consider factors such as, but not limited to

"the trademark or other intellectual property rights of the person, if any, in the domain name;  the person's prior use, if any, of the domain name in connection with the bona fide offering of any goods or services";

*       Bad faith intent described under subparagraph (A) shall not be found in any case in which the court determines that the person believed and had reasonable grounds to believe that the use of the domain name was a fair use or otherwise lawful.

C4G cannot satisfy the requirements for a prima facie case.  Bad faith cannot possibly be found, when, as previously stated, CJE's activities and use of the mark to be protected, pre-dates C4G's use. Conversely, it is our contention that due to C4G's subsequent use of the phrase, after having due notice of CJE's use, evidences  C4G's bad faith.

Additionally, the Spanish URL's were launched by my client prior to C4G's launch of its Spanish URL's. Here again, substantiating our contention that it is indeed your client that is encroaching upon the rights of CJE.

Melanie Ann Hines, Esq.
February 08, 2008
Page 3

Tortious Interference.

In your letter you suggest that you have contacted GoDaddy, impliedly to request that GoDaddy take action to interfere with CJE's operation of its sites. Such action constitutes intentional interference with contract and such tortious conduct may give rise to punitive damages. Be advised that we will vigorously enforce our client's rights against all parties that engage in such activity.

We are confident in our client's position to not only defend any suit brought by C4G but to also prosecute CJE's claims against C4G as well. Notwithstanding, we feel that it is to the benefit of both parties to avoid the costs and expense of protracted litigation. To that end, I suggest that we confer to discuss the issues and to explore reasonable means by which to resolve the issues. I will make myself available nearly any time you have this week or next.

In the interim, to mitigate damages, I must demand that your client cease and desist from further use of the phrase Cash For Gold as it is likely to cause irreparable harm to CJE.

This letter is not meant to constitute an exhaustive analysis or statement of our client's actual or legal position in this matter. Nothing set forth herein or omitted herefrom is intended as, or shall be deemed to constitute, any admission against interest, or any waiver, relinquishment or limitation of any of our client's rights, claims, interests, defenses or positions, whether actual or legal, whether at law or in equity, all of the same being hereby expressly reserved.

I may be reached directly at 310.300.2904. In the event that I do not hear from you on or before February 22, 2008, we will take all steps necessary to enforce our client's rights against you without further notice or delay.

Sincerely,

Michael J. Weiss

CC: Norm Schneider; Steven Schneider

Exhibit A

# CASH4GOLD

| | |
|---|---|
| Word Mark | CASH4GOLD |
| Goods and Services | IC 036. US 100 101 102. G & S: PRECIOUS METAL REFINING AND PURCHASE OF SCRAP GOLD, SILVER AND PLATINUM. FIRST USE: 20070513. FIRST USE IN COMMERCE: 20070513 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77335266 |
| Filing Date | November 21, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Cash4Gold, LLC LTD LIAB CO FLORIDA 1701 Blount Road Pompano Beach FLORIDA 33069 |
| Attorney of Record | John Christopher |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Exhibit A

# CASH4GOLD

| | |
|---|---|
| **Word Mark** | CASH4GOLD |
| **Goods and Services** | IC 036. US 100 101 102. G & S: PRECIOUS METAL REFINING AND PURCHASE OF SCRAP GOLD, SILVER AND PLATINUM. FIRST USE: 20070513. FIRST USE IN COMMERCE: 20070513 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77335266 |
| **Filing Date** | November 21, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Cash4Gold, LLC LTD LIAB CO FLORIDA 1701 Blount Road Pompano Beach FLORIDA 33069 |
| **Attorney of Record** | John Christopher |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

 New window

 Print all

Sponsored Links (feedback)

**Design Your Own Website**
Free Blog Templates & Downloads To
Get The Design Your Site Deserves
GraffitiCMS.com

**Cashforgoldusa Com**
Fill-Out This 5-Minute Form & Sell
Your Gold For Cash (As Seen on TV)-
www.Cash4Gold.com/CashForGoldUSA

**involve for TYPO3**
intuitive front-end interface
for TYPO3 - coming Nov 1st 2007
www.3ev.com

**Drupal Development**
Social Networking, Community
New Media & Enterprise Drupal
www.AchieveInternet.com

**Mesa del Sol Residential**
Discover a healthy new way to live
on Albuquerque's sunny south mesa
www.MesaDelSolnm.com

om>, arment1@live.com



**Check Spelling ▼**

... used for each page on the

...n them, to turn this off you
...page in the _content, etc.



# CHRISTOPHER
## &
# WEISBERG, P.A.
### ·ATTORNEYS AT LAW·

September 19, 2008

**VIA FEDEX**
Norman Schneider
President
C.J. Environmental Inc.
101 Hampton Road
Sharon, MA 02067

Domains by Proxy, Inc.
15111 N. Hayden Rd., Ste 160. PMB 353
Scottsdale, Arizona 85260
United States

Re:    **Notice of Unauthorized Use of**
       **"WWW.CASH4GOLD.COM" VARIANT**
       Our File No.: 1432-7

Dear Mr. Schneider:

We represent Cash4Gold LLC in connection with its intellectual property matters and

Mr. Norman Schneider
President
C.J. Environmental Inc
September 19, 2008
Page 2

There is no doubt that C.J. Environmental, Inc. is attempting to confuse consumers that seek the www.cash4gold.com web site with the www-cash4gold.com web site. The registration and use of the www-cash4gold.com domain name is clearly undertaken in bad faith and may violate Federal and State laws. Additionally, your company may be liable for unfair competition claims based at least on these and other illegal uses directed at the cash4gold.com domain name.

Cash4Gold LLC is the pre-eminent retail gold buyer in the United States. Our client has and continues to expend considerable resources to develop and maintain a reputation for providing the highest quality products and services to its customers through, at least, the www.cash4gold.com domain name. As such, Cash4Gold LLC can not and will not permit unauthorized use of its intellectual property.

United States Federal law, specifically the Lanham Act (15 U.S.C. §§ 1051 *et seq.*), provides remedies for false advertising, cybersquatting and unfair competition. A plaintiff may not only recover the offending domain name, but may also obtain damages, including, but not limited to, the defendant's profits, any damages sustained by the plaintiff, and the cost of the action. State law also provides remedies for false advertising and unfair competition. Finally, the Uniform Domain name Dispute Policy (UDRP) permits recovery by Cash4Gold LLC of your www-cash4gold.com domain name. At the very least, this domain name is a clear case of typo-squatting. UDRP precedent allows recovery of domain names under these circumstances. See http://www.icann.org/udrp/udrp.htm. UDRP proceedings cost thousands of dollars. Our client will seek recovery of its costs should you force Cash4Gold LLC to undertake a proceeding.

Regarding the content of the www-cash4gold.com web site, a cursory review Furthermore, we believe that your unauthorized use and display of the copyright-protected photographs from the Pedro Pan Group's newsletter has injured Pedro Pan Group's reputation and constitutes willful copyright infringement under 17 U.S.C. § 101 *et seq.* Copyright infringement subjects you to monetary damages, injunction, impoundment and forfeiture of infringing materials, and the means by which the infringing materials were produced. In addition, because your infringement was willful and was done for the purposes of private financial gain, you are subject to criminal liability under 17 U.S.C. § 506.

Our client wishes to resolve this matter amicably and immediately. Accordingly, we request on behalf of our client that you immediately:

1.    Assign the www-cash4gold.com domain to Cash4Gold LLC; and

2.    Commit in writing to cease all use of www.cash4gold.com domain name *variants* or any colorable imitation thereof.

CHRISTOPHER & WEISBERG, P.A.
Attorneys at Law

Mr. Norman Schneider
President
C.J. Environmental Inc
September 19, 2008
Page 3

We ask that you confirm your agreement and comply with our request by signing and returning a copy of this letter by the close of business on *September 30, 2008*. Our client's course of action in this matter will be determined based upon your degree of cooperation. If your response is anything other than affirmative acceptance, however, Cash4Gold LLC will at the very least initiate a proceeding under the Uniform Domain Name Dispute Resolution Policy for assignment of the www-cash4gold.com domain to Cash4Gold LLC. It also will consider additional actions under Federal and State laws described above.

This offer of compromise is without prejudice to any claim for unfair competition, false advertising or damages that Cash4Gold LLC may assert, should this matter not be resolved promptly to Cash4Gold LLC's satisfaction.

Sincerely,

CHRISTOPHER & WEISBERG, P.A.

By:    _____
       Sean L. Ingram

SI/lo

AGREED TO AND ACCEPTED:

C.J. ENVIRONMENTAL INC.

By: _____
Print Name: _____
Title: _____

124153

CHRISTOPHER & WEISBERG, P.A.
Attorneys at Law



# CHRISTOPHER
# WEISBERG, P.A.
ATTORNEYS AT LAW

September 25, 2008

**VIA FEDEX & FACSMILE**
Mr. Norman Schneider
President
C.J. Environmental Inc.
101 Hampton Road
Sharon, MA 02067

Re:   <u>Unauthorized Use of "WWW.CASH4GOLD.COM" Variant</u>
<u>and/Copyright Infringement</u>
Our File No.: 1432-7

Dear Mr. Schneider:

We follow-up our letter of September 19, 2008 and my voice message to you today. As you know, Cash4Gold, LLC is the owner of the www.cash4gold.com domain name and has been using this domain name since at least April 2007. While we have attempted to amicably resolve this matter, your lack of response leaves us with no choice but to seek legal remedies.

Clearly, C.J. Environmental Inc.'s continued use of the www-cash4gold.com domain name constitutes typo-squatting and provides your company with the unfair advantage of increased web traffic to your www.cashforgoldusa.com web site. Additionally, we have discovered that the ad words in your Google advertisement constitute direct copyright infringement of content contained on our client's website.

With each day that passes without a response and without any apparent effort on your part to remedy the situation, our client continues to suffer damages resulting from your company's improper business practices. Our client can no longer sit idly by while your infringing activities continue. As such, we demand on behalf of our client that you confirm your agreement and comply with our request by complying with, signing and returning a copy of our September 19, 2008 letter by the close of business tomorrow, *September 26, 2008*. Our client's course of action in this matter will be determined based upon your degree of cooperation.

500 EAST LAS OLAS BLVD., SUITE 2040, FORT LAUDERDALE, FLORIDA 33301  ·  PHONE 954.828.1488  ·  FAX 954.828.9122
MIAMI/FT. LAUDERDALE  ·  WASHINGTON, D.C.

Mr. Norman Schneider
President
C.J. Environmental Inc
September 25, 2008
Page 2

     This offer of compromise is without prejudice to any claim for unfair competition, false advertising or damages that Cash4Gold LLC may assert, should this matter not be resolved promptly to Cash4Gold LLC's satisfaction.

                   Sincerely,

                   CHRISTOPHER & WEISBERG, P.A.

          By:                               
                   Sean L. Ingram

SI/lo

125228

CHRISTOPHER & WEISBERG, P.A.
Attorneys at Law

Abrams Garfinkel Margolis Bergson, LLP
Michael J. Weiss SBN 206473
Nina N. Ameri SBN 231025
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CJ ENVIRONMENTAL, INC., a Massachusetts corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CASH4GOLD, LLC, a Florida limited liability company;JEFF ARONSON, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-06689 ℞ (CTx)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):  CASH4GOLD, LLC, JEFF ARONSON

    A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Abrams Garfinkel Margolis Bergson___, whose address is _5900 Wilshire Boulevard, Suite 2250 Los Angeles, California 90036_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _OCT 10 2008_ _____

By: _NATALIE LONGORIA_____

         Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>CJ ENVIRONMENTAL, INC. | DEFENDANTS<br>CASH4GOLD, LLC; JEFF ARONSON; and DOES 1 - 10, inclusive |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>ABRAMS GARFINKEL MARGOLIS BERGSON, LLP<br>5900 WILSHIRE BOULEVARD, SUITE 2250<br>LOS ANGELES, CALIFORNIA 90036 Telephone: (310) 300-2900 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No    ☑ MONEY DEMANDED IN COMPLAINT: $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringemen15 U.S.C. § 1121, 15 U.S.C. § 1125(a)(c); 15 U.S.C. § 1125(d)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**    Case Number:    **CV08-06689**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 10, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |