PENNY M. COSTA, ESQ. (SBN 110373)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
Facsimile: (424) 204-4350
costap@ballardspahr.com

Attorneys for Defendants Cash4Gold, LLC
and Jeff Aronson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CJ ENVIRONMENTAL, INC., a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASH4GOLD, LLC, a Florida Limited Liability Company; JEFF ARONSON, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 08-06689 R (CTx)<br><br>[Assigned for all purposes to the Honorable Manuel L. Real]<br><br>DECLARATION OF PENNY M. COSTA IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF CJ ENVIRONMENTAL, INC.'S COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)<br><br>Date: December 15, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8 |

I, Penny M. Costa, hereby declare and state as follows:

1. I am an attorney with Ballard Spahr Andrews & Ingersoll, LLP, counsel of record for Defendants herein, Cash4Gold, LLC (now named Green Bullion Financial Services, LLC) ("Cash4Gold"), and Jeff Aronson ("Aronson") (collectively, "Defendants"). I am duly licensed to practice law in the State of California and before all of its courts, as well as before the United States District Court for the Central District of California. I have personal knowledge of the facts

set forth herein except as may be otherwise indicated, and could and would competently testify thereto if called as a witness.

2. I submit this declaration to authenticate certain documents in support of Defendants Cash4Gold and Aronson's Motion to Dismiss Plaintiff CJ Environmental, Inc.'s ("CJE") Complaint, Or in the Alternative, Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

3. Attached hereto as Exhibit 1 is a true and correct copy of an e-mail exchange in which Cash4Gold rejected a settlement offer in the amount of $5 million dollars received from CJ Environmental, Inc.

4. Attached hereto as Exhibit 2 is a true and correct copy of Stephen Schneider's weblog, located at www.storybyschneider.blogspot.com, accessed via the Internet on December 7, 2008.

5. Attached hereto as Exhibit 3 are true and correct copies of press releases authored by Henry Miller, Director of Public Relations of Cash For Gold USA, accessed via the Internet.

6. Attached hereto as Exhibit 4 is a true and correct copy of driving directions from Google Maps from Norwood, MA to Sharon, MA.

7. Attached hereto as Exhibit 5 is a true and correct copy of a Google PhoneBook directory listing showing Henry Miller's address as 3066 Ainslie Drive, Boca Raton, FL.

8. Attached hereto as Exhibit 6 is a true and correct copy of a Palm Beach County Property Appraiser Property search showing property owned by Henry Miller at 94 Hampden Dr., Apt. 1A, Norwood, MA.

9. Attached hereto as Exhibit 7 is a true and correct copy of a printout of the homepage from CJE's website located at www.cashforgoldusa.com dated December 7, 2008.

Executed December 8, 2008 at Los Angeles, California

                                              s/ Penny M. Costa
                                                Penny M. Costa

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2008, I caused a true and correct copy of the DECLARATION OF PENNY M. COSTA IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF CJ ENVIRONMENTAL, INC.'S COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) to be served, via electronic filing and first class mail, on the following:

Michael J. Weiss, Esq.
Nina N. Ameri, Esq.
Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, CA 90036
Tel. No. (310) 300-2900
Fax No. (310) 300-2901
E-mail: info@agmblaw.com

                                            s/ Pamela Payne
                                            Pamela Payne

DMEAST #10167642 v1