UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-cv-62054-FAM

C.J. ENVIRONMENTAL, INC.,
a Massachusetts Corporation,

        Plaintiff,

v.

CASH4GOLD, LLC, a Florida
Limited Liability Company,
JEFF ARONSON, an individual,
DOES 1-10, inclusive,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

1.     In accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff C.J. ENVIRONMENTAL, INC. ("CJE"), by and through its undersigned counsel, hereby voluntarily dismisses <u>without prejudice</u> its Complaint [DE 1] against CASH4GOLD, LLC, JEFF ARONSON, and DOES 1-10 (collectively "Defendants") without costs to either party.

Dated August 12, 2009

                                    Respectfully submitted,

                                    SIMON, SCHINDLER & SANDBERG, LLP
                                    Attorneys for Defendants
                                    2650 Biscayne Boulevard
                                    Miami, Florida 33137
                                    Tel:  (305) 576-1300
                                    Fax:  (305-576-1301

                    By:    <u>/s/ Neal L. Sandberg</u>
                             NEAL L. SANDBERG, ESQUIRE
                             Florida Bar No. 268224
                             nsandberg@miami-law.net
                             Lead Counsel

By: /s/Theodore R. Dempster
THEODORE R. DEMPSTER, ESQUIRE
Florida Bar No. 224197
dempsterlaw@yahoo.com
Co-Counsel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

SIMON, SCHINDLER & SANDBERG, LLP
Attorneys for Defendants
2650 Biscayne Boulevard
Miami, Florida 33137
Tel: (305) 576-1300
Fax: (305-576-1301

By: /s/ Neal L. Sandberg
NEAL L. SANDBERG, ESQ.
Florida Bar No. 268224
nsandberg@miami-law.net
Lead Counsel

By: /s/Theodore R. Dempster
THEODORE R. DEMPSTER, ESQ.
Florida Bar No. 224197
dempsterlaw@yahoo.com
Co-Counsel

**Service List**

Eric Todd Salpeter, Esquire
Salpeter Gitkin, LLP
Museum Plaza - Suite 503
200 S. Andrews Avenue
Fort Lauderdale, FL 33301
Email: eric@salpetergitkin.com

Hara K. Jacobs, Esquire
Steven D. Kim, Esquire
Ballard Spahr Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
Email: jacobsh@ballardspahr.com

Penny M Costa, Esquire
Ballard Spahr Andrews and Ingersoll LLP
2029 Century Park East Suite 800
Los Angeles, CA 90067
Email: costap@ballardspahr.com